☐ Original            ☐ Duplicate Original

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _A. E_____  Deputy Clerk

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

In the Matter of the Search of                    )
*(Briefly describe the property to be searched*     )
*or identify the person by name and address)*       )   Case No. MJ19-208
In the Matter of the Use of a Cell-Site Simulator to )
Locate Target Telephone A                           )
                                                    )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location):*

In the Matter of the Use of a Cell-Site Simulator to Locate Target Telephone A, See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____May 28, 2019_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____any Magistrate Judge in this district_____ .
                                                          *(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☑ until, the facts justifying, the later specific date of _____08/12/2019_____ .

Date and time issued:   05/14/2019 at 14:46            _____
                                                         *Judge's signature*

City and state:     Seattle, Washington            Michelle L. Peterson, United States Magistrate Judge
                                                          *Printed name and title*

USAO # 2019R00422

## Return

| Case No.: MJ 19-288 | Date and time warrant executed: 5/15/19 | Copy of warrant and inventory left with: NA |
|---|---|---|

Inventory made in the presence of : NA

Inventory of the property taken and name(s) of any person(s) seized:

Nothing Seized.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: ___9/3/2020___

_Executing officer's signature_

SA KEVIN PALERMO DEA
_Printed name and title_